Julian W. Wells (JW-4893)
RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
500 Fifth Avenue, Suite 4920
New York, New York 10110
(212) 302-6574

-and-

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
(973) 538-0800

Attorneys for Plaintiff
Primo Bedding Company, Inc.,
d/b/a Primo International

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIMO BEDDING COMPANY, INC., D/B/A PRIMO INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>JOHN TURANO and FRANK TURANO,<br><br>Defendants. | Civil Action No. 07-CIV-9427 (WHP)<br><br><br>RULE 7.1 STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Primo Bedding Company, Inc., d/b/a Primo International (a private non-governmental party) certifies as follows:

Primo Bedding Company, Inc., d/b/a Primo International is a Canadian corporation qualified to do business in New York with a principal place of business at 7000 Rue Hochelaga, Montreal, Quebec, Canada. Primo Bedding Company, Inc., d/b/a Primo International has no

parent corporations and no publicly-held corporation owns 10% or more of the stock of Primo Bedding Company, Inc., d/b/a Primo International.

RIKER, DANZIG, SCHERER, HYLAND
& PERRETTI LLP
Attorneys for Plaintiff Primo Bedding Company,
Inc., d/b/a Primo International

By: _____
Julian W. Wells (JW-4893)

DATED: October 19, 2007