Document# 20977

UNITED STATES
DISTRICT COURT
Southern District of New York

**Primo Bedding Company Inc d/b/a
Primo International**

*against*

**John Turano and Frank Turano**

Attorney/Client: Riker Danzig Scherer Hyland & Perretti LLP
File # 990-23321/1
Index # 07 CIV 9427 Judge Pauley
Date Index # Purchased:
Date Affidavit Filed:

**Affidavit of Service**

I, **Glenn Michael Consor** being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Fair Lawn, New Jersey.

That on **November 7, 2007** at **6:45 AM**, deponent served the within named **Summons in a Civil Action and Complaint with Exhibits** upon **John Turano**, therein named. Said service was effected at **262 Barbara Street, Staten Island, NY 10306**, in the following manner;

By delivering thereat a true copy of each to **John Turano** personally; deponent knew said person so served to be the person described as said **John Turano** therein.

Deponent describes **John Turano** to the best of deponent's ability at the time and circumstances of service as follows:

Sex: **Male**  Skin: **Caucasian**  Hair: **Brown**  Age(Approx): **41+**
Height.(Approx): **6' 1"**  Weight.(Approx): **200-225 lbs**

I **Glenn Michael Consor** had asked, whether **John Turano** was in the military service of the State or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid, deponent avers that the **John Turano** is not in the military service of the State or the United States as that term is defined in the statues of the State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on
Wednesday, November 7, 2007

ROBERT H. STALB Notary Public of NEW
JERSEY Commission expires March 14, 2008

Glenn Michael Consor,   Process Server

**Lawyers Edge Process Service, LLC**
58 Main Street Suite 1C
Hackensack, New Jersey 07601
(201) 489-8080 (201) 489-8824 Fax