USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

Julian W. Wells
RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
500 Fifth Avenue, Suite 4920
New York, New York 10110
(212) 302-6574

-and-

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey 07962-1981
(973) 538-0800

Attorneys for Plaintiff Primo Bedding
Company, Inc., d/b/a Primo International

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIMO BEDDING COMPANY, INC., D/B/A PRIMO INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>JOHN TURANO and FRANK TURANO,<br><br>Defendants. | Civil Action No. 07-9427 (WHP)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby **STIPULATED** and **AGREED** by and between plaintiff Primo Bedding Company, Inc., d/b/a Primo International and defendants John Turano and Frank Turano, by and through their respective undersigned counsel, that any and all claims and counterclaims that were asserted or that could

have been asserted in the above-captioned matter be and hereby are **DISMISSED WITH PREJUDICE** and **WITHOUT COSTS** against any party.

RIKER, DANZIG, SCHERER,
HYLAND & PERRETTI LLP
Attorneys for Primo Bedding Company,
Inc., d/b/a Primo International

By: _____
    Julian W. Wells (JWW-4893)

DATED: February 25, 2008

ETTELMAN & HOCHHEISER, P.C.
Attorneys for John Turano and
Frank Turano

By: _____
    Suzanne B. Fertig (SBF-7107)

DATED: February 22, 2008

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

2/28/08